Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

Lori Marcera, Appellant, v Michael S. Marcera, Respondent. [938 NYS2d 495] Present—Scudder, P.J., Centra, Fahey and Gorski, JJ. (Filed Jan. 31, 2012.)

Steven M. Tudisco et al., Appellants, v Carl Duerr et al., Respondents. (Appeal No. 2.) [938 NYS2d 494] Present—Scudder, P.J., Centra, Fahey and Gorski, JJ. (Filed Jan. 31, 2012.)

Unifund CCR Partners, Respondent, v Gerald Youngman, Appellant. [938 NYS2d 494] Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

Crane-Hogan Structural Systems, Inc., Respondent, v State of New York, Appellant. (Claim No. 110250.) [938 NYS2d 495] Present—Centra, J.P., Peradotto, Carni and Gorski, JJ. (Filed Jan. 31, 2012.)

Niagara Frontier Council of American Youth Hostels, Inc., Appellant, v American Youth Hostels, Inc., Doing Business as Hostelling International-USA, Respondent. [938 NYS2d 494] Present—Centra, J.P., Peradotto, Carni and Gorski, JJ. (Filed Jan. 31, 2012.)

Jessie J. Barnes, Appellant, v State of New York, Respondent. (Claim No. 100753.) [938 NYS2d 494] Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ. (Filed Jan. 31, 2012.)

The People of the State of New York, Respondent, v Paul A. Osborne, Appellant. [938 NYS2d 494] Present—Centra, J.P., Fahey, Sconiers, Gorski and Martoche, JJ. (Filed Jan. 31, 2012.)

The People of the State of New York, Respondent, v Edwin Perez, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Centra and Gorski, JJ. (Filed Jan. 31, 2012.)

Carl L. Fisher, as Power of Attorney for John C. Fisher, Respondent-Appellant, v Kenneth Flanigan et al., Defendants and Damon Corporation, Appellant-Respondent. [938 NYS2d 495]